UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>Jose Antonio MURILLO-Camacho,<br><br><br><br>Defendant. | Magistrate Docket No. 20mj1946<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In the United States |

The undersigned complainant being, duly sworn, states:

On or about May 23, 2020, within the Southern District of California, defendant, Jose Antonio MURILLO-Camacho, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON May 26, 2020.

ALLISON H. GODDARD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:

Jose Antonio MURILLO-Camacho

PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 23, 2020, Border Patrol Agent K. Seuferer, was performing assigned duties in the Boulevard Border Patrol Station's area of responsibility. Agent Seuferer was working with his canine partner, and was in full rough duty uniform with badge and insignia clearly visible. At approximately 8:10 AM, Border Patrol Agent C. Driskell, who was operating a Mobile Scope Capabilities (MSC), observed two individuals walking from an area known to Border Patrol agents as "Boundary Peak." Boundary Peak is a remote area frequently used to further illegal entry into the United States. Agent Seuferer responded to the last known location of the pair, and performed an open area search with his partner. After a brief search of the area, Agent Seuferer located an individual, later identified as the defendant Jose Antonio MURILLO-Camacho, attempting to hide in a large bush. This area is approximately half of a mile north of the United States/ Mexico International Boundary, and approximately 20 miles east of the Tecate, California Port of Entry. Agent Seuferer performed an immigration inspection on MURILLO. MURILLO stated he is a citizen of Mexico, without immigration documents allowing him to enter or remain in the United States legally. At approximately 8:19 AM, Agent Seuferer placed MURILLO, under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. A comparison of the defendant's criminal record and current fingerprints were used to determine the defendant's record. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on May 1, 2020 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

Executed on May 24, 2020 at 9:00 AM.

Matthew R. Kucewicz
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on May 23, 2020, in violation of 8 USC 1326.

ALLISON H. GODDARD
United States Magistrate Judge

1:53 PM, May 24, 2020
Date/Time